Crotty, J

Mario Aieta (MA 2228)
Betsy C. Judelson (BJ 1107)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2007
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE CHILDREN'S PLACE RETAIL STORES, :
INC. and THE CHILDREN'S PLACE :
SERVICES COMPANY, LLC : Case No. 07 CIV 5512
:
             Plaintiffs, :
:
       v. : **STIPULATION**
:
THE FAMILY PLACE, LTD., LOT STORES, :
INC., BURNSIDE AVENUE LOT STORES, :
INC., CASTLE HILL LOT STORES, INC., and :
MAMARONECK AVENUE LOT STORES, :
INC. :
             Defendants. :
:
--------------------------------------21----------------------x

WHEREAS plaintiff The Children's Place Services Company, LLC is the owner

of several federal trademark registrations for THE CHILDREN'S PLACE and related

marks; and

WHEREAS The Children's Place Retail Stores, Inc. and The

Children's Place Services Company, LLC (collectively "plaintiffs") 

adopted a logo form of THE CHILDREN'S PLACE mark many years ago

{F0067936.1}

consisting of the words "THE CHILDREN'S" in small capital block letters, stacked above the word "PLACE" in a larger font ("The Children's Place Logo"); and

WHEREAS plaintiffs object to the use of THE FAMILY PLACE trademark and THE FAMILY PLACE trademark with a stacked logo ("The Family Place Stacked Logo") by The Family Place, Ltd., Lot Stores, Inc., Burnside Avenue Lot Stores, Inc., Castle Hill Lot Stores, Inc., and Mamaroneck Avenue Lot Stores, Inc. (collectively "defendants"). The Family Place Stacked Logo is pictured at right. 

THEREFORE pending resolution of this matter, the parties agree as follows:

1. Defendants agree to remove from each of defendants' store locations all large, lighted signage bearing The Family Place Stacked Logo no later than July 24, 2007, and will replace that signage with signage that does not incorporate the words "Family Place."

2. Defendants agree to remove from each of defendants' store locations all signage bearing The Family Place Stacked Logo, other than large, lighted signage subject to paragraph 1 of this Stipulation, no later than July 3, 2007.

3. Defendants agree to remove from each of defendants' store locations, products, advertising, and promotional materials all other instances of The Family Place Stacked Logo, including on shopping baskets and receipts, no later than July 3, 2007.

4. Defendants agree that in place of the The Family Place Stacked Logo they will substitute a trademark, logo or sign that does not incorporate the words "Family Place."

5.  Defendants represent and warrant that they will not expand the use of THE FAMILY PLACE trademark and that such use has not been expanded since Friday, June 8, 2007.

6.  Plaintiffs agree that so long as defendants comply with each of their obligations as set forth in this stipulation, plaintiffs will not seek a temporary restraining order or preliminary injunction with respect to defendants' use of the THE FAMILY PLACE trademark or The Family Place Stacked Logo.

7.  The parties agree that this stipulation shall not constitute an admission of any liability, intent, likelihood of confusion, actual confusion, or the presence or absence of injury arising from or in connection with the issues alleged in the complaint.

DATED: June 20, 2007

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Mario Aieta (MA 2228)
Betsy C. Judelson (BJ 1107)

Attorneys for Plaintiffs
The Children's Place Retail Stores, Inc., and The Children's Place Services Company, LLC

EZRA SUTTON & ASSOCIATES, P.A.

By: _____
Ezra Sutton (ES 2189)

Attorneys for Defendants
The Family Place, Ltd., Lot Stores, Inc., Burnside Avenue Lot Stores, Inc., Castle Hill Lot Stores, Inc., and Mamaroneck Avenue Lot Stores, Inc.

SO ORDERED:  JUN 2 5 2007

_____
U.S.D.J.

{F0067936.1}