

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
THE CHILDREN'S PLACE RETAIL              Case No. 07 Civ 5512 (PAC)(DFE)
STORES, INC., et al.,                    AFFIDAVIT OF SERVICE
                    Plaintiff,
        -against-

THE FAMILY PLACE, LTD., et al.,
                    Defendants.
----------------------------------X
STATE OF NEW JERSEY )
                    s.s.:
COUNTY OF SOMERSET  )
```

MARIA WEINGARTNER, being duly sworn deposes and says that she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 13th day of June, 2007, at approximately 2:01 p.m., deponent served a true copy of a Summons in a Civil Case, Rule 7.1 Statement, Civil Cover Sheet, Complaint with Exhibit A, The Individual Practice Rules of Judge Paul A. Crotty, Consent to Proceed Before a United States Magistrate Judge [Blank Form], 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7,2004, Guidelines for Electronic Case Filing dated December 1, 2003 & Procedures for Electronic Case Filing dated March 6, 2003 and The Individual Practice Rules of Magistrate Judge Eaton upon Lot Stores, Inc. at 1250 South River Road, Cranbury, New Jersey by personally delivering and leaving the same with Rachel Abraham, Office Manager who is authorized by Appointment to accept service at that address.

Rachel Abraham is a white female approximately 34 years of age, stands approximately 5 feet, 4 inches tall, weighs approximately 130 pounds with brown hair.

Sworn to before me this
18 day of June, 2007.

_____        _____
MARIA WEINGARTNER                KAREN LEE SWICKLE
                                 Notary Public, State of New Jersey
                                 Commission Expires January 7, 2012