(Crotty)

JOSEPH SUTTON (JS-9864)
EZRA SUTTON, P.A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel.: (732) 634-3520
Fax: (732) 634-3511
Attorneys for Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CHILDREN'S PLACE RETAIL STORES,
INC. and THE CHILDREN'S PLACE      :    Case No.: 07 CV 5512 (PAC)
SERVICES COMPANY, LLC

                    Plaintiffs,   :

    vs.                           :

THE FAMILY PLACE, LTD., LOT STORES,
INC., BURNSIDE AVENUE LOT STORES, :
INC., CASTLE HILL LOT STORES, INC., and
MAMARONECK AVENUE LOT STORES,     :
INC.
                    Defendants.

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, that the time within which all of the above named Defendants must answer, move or otherwise respond to the Summons & Complaint is extended to and including July 31, 2007.

FROSS ZELNICK LEHRMAN & ZISSU, P.C.          EZRA SUTTON, P.A.

*/s/ Mario Aieta/*                            */s/ Joseph Sutton/*

Mario Aieta (MA-2228)                         Ezra Sutton (ES-2189)
Betsy C. Judelson (BJ-1107)                   Joseph Sutton (JS-9864)
Attorneys for Plaintiffs                      Attorneys for Defendants
The Children's Place Retail Stores, Inc.      The Family Place, Ltd., Lot Stores, Inc.,
and The Children's Place Services Company, LLC   Burnside Avenue Lot Stores, Inc., Castle Hill
                                              Lot Stores, Inc., and Mamaroneck Avenue Lot
                                              Stores, Inc.

SO ORDERED:    JUL 1 6 2007

*/s/ Paul Crotty/*
U.S.D.J.