JOSEPH SUTTON, Esq. (JS-9864)
EZRA SUTTON, Esq. (ES-2189)
**EZRA SUTTON & ASSOCIATES, P.A.**
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel.: (732) 634-3520
Fax: (732) 634-3511
Attorneys for Defendants
**THE FAMILY PLACE LTD., et al.**

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE CHILDREN'S PLACE RETAIL STORES, INC. and THE CHILDREN'S PLACE SERVICES COMPANY, LCC | : | CASE NO.: <u>07 CV 5512</u> (PAC) |
| Plaintiffs, | : | |
| V. | : | **Rule 7.1 Statement** |
| | : | |
| THE FAMILY PLACE, LTD., LOT STORES, INC., BURNSIDE AVENUE LOT STORES, INC., CASTLE HILL LOT STORES, INC., and MAMARONECK AVENUE LOT STORES, INC. | : : : | |
| Defendants. | : | |

## CERTIFICATE UNDER RULE 7.1 OF RELATED ENTITIES

Pursuant to Rule 7.1 of the Local Rules of the United States District Court of the Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the above named defendants certifies that the following are corporate parents, subsidiaries or affiliates of the defendants: **NONE.**

Respectfully submitted,

By: *[signature: Joseph Sutton]*

JOSEPH SUTTON (JS-9864)
**EZRA SUTTON & ASSOCIATES, P.A.**
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
(732) 634-3520 PH / 3511 FAX
Attorneys for Defendants

Dated: August 16, 2007