UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
The Children's Place Retail Stores, Inc., et al.,

          Plaintiffs,

   -against-

The Family Place, Ltd., et al.,

          Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 6 2007

07 Civ 5512 (PAC)
**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement *for 45 days, and 1st conference should occur in September, 2007*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

\* Do not check if already referred for general pretrial

SO ORDERED

/s/ Paul A. Crotty

DATED:  New York, New York
           September 5, 2007

Paul A. Crotty
United States District Judge