LAW OFFICES
# EZRA SUTTON. P. A.
A PROFESSIONAL CORPORATION
PLAZA 9
900 ROUTE 9
WOODBRIDGE, NEW JERSEY 07095

EZRA SUTTON*
JOSEPH SUTTON**
ANTHONY M. MORANO*

*N J. AND N.Y. BARS
**N.J. BAR AND N.Y. FEDERAL BARS

September 11, 2007

(732) 634-3520
FAX: (732) 634-3511
www.ezrasutton.com

PATENTS
TRADEMARKS
COPYRIGHTS
LICENSING

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2007

## VIA FACSIMILE ONLY 212-805-6304

Hon. Paul A. Crotty, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007-1312

Re:   Our File: LOT 6.0-001
      **CHILDREN'S PLACE v. FAMILY PLACE**
      Case No. 1:07-05512 (PAC)

*[handwritten: SEP 1 2 2007 The parties should report on the status of this matter after a conference(s) with Magistrate Judge Eaton, which may be held at any mutually convenient time up to October 19, 2007. So ordered. Paul Crotty U.S.D.J.]*

Dear Judge Crotty:

We represent defendants in the above identified case. This letter concerns the Court's Order issued on September 5, 2007, which referred this case to Magistrate Eaton for a first settlement conference during September 2007.

We have consulted with the principal owner of our clients and we have just been advised that he is going to be traveling on a pre-planned trip for the Jewish High Holidays beginning on September 18 and concluding on or about October 7, 2007. Accordingly, the first settlement conference cannot be scheduled until a suitable time during the upcoming month of October 2007. We respectfully request an adjournment until that time.

We note that this is the first request for an adjournment and that counsel for plaintiffs does not object to this request. We would propose scheduling the conference sometime during the week of October 8 or the week of October 15, 2007.

By copy of this letter, we are informing Magistrate Eaton. We thank the Court for its attention and courtesy in this matter.

Hon. Paul A. Crotty, U.S.D.J.
Page 2
September 11, 2007

Respectfully Submitted,

*Joseph Sutton*

JOSEPH SUTTON, Esq.

cc: Magistrate Eaton (via facsimile and mail 212-805-6181)
    Mario Aieta, Esq. (via facsimile 212-813-5901)
    Family Place Ltd. (via email)

JS/jlf